# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| BETTY LANAE BOATRIGHT, | CASE NO. C20-1131JLR |
| Plaintiff, | ORDER |
| v. | |
| COSTCO WHOLESALE CORPORATION, | |
| Defendant. | |

Before the court is the parties' joint request to renote Defendant Costco Wholesale Corporation's ("Costco") motion to exclude and for summary judgment from February 4, 2022, to February 18, 2022. (Req. (Dkt. # 22); *see also* MTE (Dkt. # 19).) The parties represent that they are engaging in settlement discussions with a mediator and ask for this extension of the noting date to allow the parties time to complete their settlement negotiations. (Req. at 1-2.)

ORDER - 1

The court sets its pretrial deadlines, including the dispositive motions deadline, to ensure that the court has adequate time to consider and decide any dispositive motions well in advance of trial.  (*See* Sched. Ord. (Dkt. # 13) (setting the deadline for dispositive motions and motions challenging expert witness testimony on January 4, 2022, and the trial date on April 4, 2022).)  That said, the court encourages the parties to engage in settlement discussions in an effort to resolve this matter prior to trial.  Accordingly, the court construes the parties' joint request as a stipulated motion; GRANTS the parties' stipulated motion to extend the noting date for Costco's motion to exclude and for summary judgment (Dkt. # 22); and DIRECTS the Clerk to reset the noting date for Costco's motion (Dkt. # 19) to February 18, 2022.  The court will not entertain any further requests for an extension of its pretrial deadlines.

Dated this 25th day of January, 2022.

JAMES L. ROBART
United States District Judge